**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RPM Harbor Services, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4828609 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2338 West Gaylord St**<br>**Long Beach, CA 90813**<br>Number, Street, City, State & ZIP Code | **1901 Reymer Ave.**<br>**Fullerton, CA 92833**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**2338 West Gaylord St Long Beach, CA 90813**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RPM Harbor Services, Inc.** _____    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  | District | When | Case number |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | District | When | Case number |
|  | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|  | Debtor | | Relationship |
|---|---|---|---|
|  | _____ | | _____ |
|  | District | When | Case number, if known |
|  | _____ | _____ | _____ |

Debtor    **RPM Harbor Services, Inc.**                                    Case number (*if known*) _____

    Name

---

**11.  Why is the case filed in *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐  It needs to be physically secured or protected from the weather.

    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐  Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐  No

    ☐  Yes.  Insurance agency _____

               Contact name _____

               Phone _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **RPM Harbor Services, Inc.**                                     Case number (*if known*) _____
_____Name_____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 12, 2017**
_____
MM / DD / YYYY

**X** **/s/ Shawn Duke**                                     **Shawn Duke**
_____      _____
Signature of authorized representative of debtor              Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Vanessa M. Haberbush**                     Date    **April 12, 2017**
_____      _____
Signature of attorney for debtor                             MM / DD / YYYY

**Vanessa M. Haberbush**
_____
Printed name

**Haberbush & Associates, LLP**
_____
Firm name

**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(562) 435-3456**        Email address    _____

**287044**
_____
Bar number and State

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On April 11, 2017, a meeting of the directors of RPM Harbor Services, Inc. (the "Corporation") was convened at 4:00 p.m. All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation, it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that any and all of the following directors: Shawn K. Duke, President; Chad A. Duke, Director; and, Dan A. La Porte, Vice-President of Finance each be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ HABERBUSH & ASSOCIATES, LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

Dated: April 11, 2017        By: _____
                                Shawn Duke, President of RPM Harbor Services, Inc.

Dated: April 11, 2017        By: _____
                                Chad A. Duke, Director of RPM
                                Harbor Services, Inc.

Dated: April 11, 2017        By: _____
                                Dan A. La Porte, Vice President of Finance of RPM
                                Harbor Services, Inc.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RPM Harbor Services, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alfredo Liera Jr.** 3508 Wise Ave Long Beach, CA 90810 | **The Hirsch Law Firm** dhirsch@hirsch-la w.us **(619) 822-2266** | **Labor Claim, Labor Commissioner, State od California, Case No. 05-65621 KR** | **Unliquidated Disputed** | | | $80,267.50 |
| **Anthony Calero Padilla** 1254 W. 41st St Los Angeles, CA 90037 | **The Hirsch Law Firm** dhirsch@hirsch-la w.us **(619) 822-2266** | **Labor Claim; Labor Commissioner, State od California, Case No. 05-63563 KR** | **Unliquidated Disputed** | | | $95,253.46 |
| **Elizabeth C. Ramirez** 3621 E. Hedda St Long Beach, CA 90805 | | **Sick and vacation time** | | | | $1,925.00 |
| **Hector A Alvarez** 10565 Westway Rd Hesperia, CA 92345 | **The Hirsch Law Firm** dhirsch@hirsch-la w.us **(619) 822-2266** | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64216 KR** | **Unliquidated Disputed** | | | $139,294.58 |
| **Hugo Martinez** 4137 Lindsey Ave Pico Rivera, CA 90660 | | **Sick and vacation time** | | | | $4,840.26 |
| **Irene Bustos** 13408 Thistle Ave Norwalk, CA 90650 | | **Sick and vacation time** | | | | $1,720.69 |
| **Jesus Israel Briones** 15039 Anola St Whittier, CA 90604 | | **Sick and vacation time** | | | | $2,113.24 |
| **Jesus M Salas** 10565 Westway Rd Hesperia, CA 92345 | **The Hirsch Law Firm** dhirsch@hirsch-la w.us **(619) 822-2266** | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64961 KR** | **Unliquidated Disputed** | | | $81,952.81 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **RPM Harbor Services, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jose Edgar Velasquez** 203 West 73rd St Los Angeles, CA 90003 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64965 KR** | **Unliquidated Disputed** | | | $161,308.21 |
| **Jose H. Escobedo** 3382 Isabel Dr Los Angeles, CA 90065 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Pending before Labor Commissioner, State of California** | **Unliquidated Disputed** | | | $218,681.56 |
| **Jose Lino Calero Calix** 1254 West 14st St Los Angeles, CA 90037 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64348 KR** | **Unliquidated Disputed** | | | $147,053.86 |
| **Jose Luis Flores Robles** 11727 Vista Verde St Victorville, CA 92392 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Labor Commissioner, State od California, Case No. 05-66329 KR** | **Unliquidated Disputed** | | | $122,336.45 |
| **Jose M Velasquez** 203 West 73rd St Los Angeles, CA 90003 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Labor Commissioner, State od California, Case No. 05-62909 KR** | **Unliquidated Disputed** | | | $199,278.97 |
| **Juan Gomez** 3233 N. Santa Fe Ave. #E Long Beach, CA 90810 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Labor Commissioner, State od California, Case No. 05-65240 KR** | **Unliquidated Disputed** | | | $72,080.99 |
| **Luis Mancilla** 402 S. Maie Ave Compton, CA 90220 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Pending before Labor Commissioner, State of California** | **Unliquidated Disputed** | | | $14,874.00 |
| **Martiniano Andrade** 1482 W. 155th St Compton, CA 90220 | **The Hirsch Law Firm** dhirsch@hirsch-law.us (619) 822-2266 | **Labor Claim; Pending before Labor Commissioner, Satte of California** | **Unliquidated Disputed** | | | $95,470.92 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **RPM Harbor Services, Inc.**                                        Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Olvin Escobar 12247 Grevillea Ave. #B Hawthorne, CA 90250** | **The Hirsch Law Firm** **dhirsch@hirsch-law.us (619) 822-2266** | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64625 KR** | **Unliquidated Disputed** | | | **$137,611.46** |
| **Robert J. Haluska 1346 Park Plaza Dr. Long Beach, CA 90804** | | **Sick and vacation time** | | | | **$4,540.65** |
| **Robert William Smith 4523 W 154th St Lawndale, CA 90260** | | **Sick and vacation time** | | | | **$2,099.00** |
| **Santiago Barrera 211 E. 70th St Los Angeles, CA 90003** | **The Hirsch Law Firm** **dhirsch@hirsch-law.us (619) 822-2266** | **Labor Claim; Labor Commissioner, State od California, Case No. 05-64626 KR** | **Unliquidated Disputed** | | | **$125,726.03** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

RPM Harbor Services, Inc.
1901 Reymer Ave.
Fullerton, CA 92833


Vanessa M. Haberbush
Haberbush & Associates, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802


 CURIEL JAVIER MORALES
203 W. 73RD. STREET
Los Angeles, CA 90003


 SANTIAGO BARRERA
211 E. 70TH ST.
Los Angeles, CA 90003


ALBERTO HORACIO NAVAS
13052 DRONFIELD AVENUE
Sylmar, CA 91342


Alejandro Badillo
4865 W 140th St
Hawthorne, CA 90250


Alejandro Sorto
2140 DENMEAD STREET
Lakewood, CA 90712


Alex Wilfredo Gonzalez
8168 SEVILLE AVE.
South Gate, CA 90280

ALEX WILFREDO GONZALEZ
1133 W. 74TH. ST.
Los Angeles, CA 90044


ALFREDO LIERA
4875 BELL AVE.
Bell Gardens, CA 90201


ALFREDO LIERA JR
3508 WISE AVE.
Long Beach, CA 90810


Alfredo Liera Jr.
3508 Wise Ave
Long Beach, CA 90810


Anthony Calero Padilla
1254 W. 41st St
Los Angeles, CA 90037


ANTHONY CALERO PADILLA
1254 W. 41ST. ST.
Los Angeles, CA 90037


ANTHONY RYAN TRAMMEL
6622 COMPTON AVE.
Los Angeles, CA 90001


ANTHONY SISON PO
2140 DENMEAD ST.
Lakewood, CA 90712

Armando Bonilla
1330 MENLO AVE.
Los Angeles, CA 90006


ARMANDO LOZANO JR.
1641 SMITH STREET
Pomona, CA 91766


Carlos Castellon
21929 VERNE AVE. #2
Hawaiian Gardens, CA 90716


CARLOS O. CORDON MARROQUIN
2140 DENMEAD STREET
Lakewood, CA 90712


City National Bank
18111 Von Karman Ave.
Irvine, CA 92612


DANIEL BETANCOURT SALAZAR
8168 SEVILLE AVE.
South Gate, CA 90280


Daniel Rodriguez
12436 STONEACRE AVENUE
Lynwood, CA 90262


DANNY LEVI WILLIAMS SR.
3434 GLENCOE ST.
Compton, CA 90220

DARIO A BONILLA
21502 S. PROSPECT AVE.
Long Beach, CA 90810


Dario Bonilla
203 WEST 73RD ST.
Los Angeles, CA 90003


Dario Bonilla
21929 VERNE AVE. #2
Hawaiian Gardens, CA 90716


David Azucena
1855 POTRERO GRANDE RD.
Monterey Park, CA 91755


DIMAS JOHNATA ORELLANA AVILES
152 W. 70TH. ST.
Los Angeles, CA 90003


DIMAS JOHNATH ORELLANA AVILES
4122 DEBOYAR AVE. #16
Lakewood, CA 90712


Edwin Cruz
2140 DENMEAD ST.
Lakewood, CA 90712


Elizabeth C. Ramirez
3621 E. Hedda St
Long Beach, CA 90805

ENRIQUE OROZCO
563 EAST ARROW HWY. APT. 10
Azusa, CA 91702


Felix Gutierrez
3508 WISE AVE.
Long Beach, CA 90810


Florentino Nino
738 HUERTA VERDE ROAD
Glendora, CA 91741


GABRIEL A. BONILLA TURCIOS
2140 DENMEAD ST.
Lakewood, CA 90712


GABRIEL BONILLA TURCIOS
21929 VERNE AVE #2
Hawaiian Gardens, CA 90716


GUADALUPE RODRIGUEZ
909 S. OLEANDER AVE.
Compton, CA 90220


Hector A Alvarez
10565 Westway Rd
Hesperia, CA 92345


Hector Alvarez
10565 WESTWAY RD.
Hesperia, CA 92345

HECTOR ANTONIO FIGUEROA
203 W. 73RD. ST.
Los Angeles, CA 90003


Hugo Martinez
4137 Lindsey Ave
Pico Rivera, CA 90660


Irene Bustos
13408 Thistle Ave
Norwalk, CA 90650


IRENEO NAMUAG SALIM
130 E. 8TH ST. #406
Long Beach, CA 90813


Javier Rodriguez
8168 SEVILLE AVE.
South Gate, CA 90280


Jesus Israel Briones
15039 Anola St
Whittier, CA 90604


Jesus M Salas
10565 Westway Rd
Hesperia, CA 92345


Jesus Salas
10565 WESTWAY RD.
Hesperia, CA 92345

JOEL RAMIREZ
1286 N. SUMMITT AVENUE #201
Pasadena, CA 91103


JOHNATHAN GLEN OLSEN
2140 DENMEAD ST.
Lakewood, CA 90712


Jorge Ceja
1040 84TH. AVE.
Oakland, CA 94621


JORGE ENRIQUE FLORES
1127 N. EASTMAN AVENUE
Los Angeles, CA 90063


Jorge Islas
1615 MERCED AVE. #6
South El Monte, CA 91733


Jose Edgar Velasquez
203 West 73rd St
Los Angeles, CA 90003


JOSE EDGAR VELASQUEZ
203 W. 73RD ST.
Los Angeles, CA 90003


Jose H. Escobedo
3382 Isabel Dr
Los Angeles, CA 90065

JOSE HADALGO PORTILLO
21929 VERNE AVE. #2
Hawaiian Gardens, CA 90716


JOSE HESIQUIO ESCOBEDO
3382 ISABEL DR.
Los Angeles, CA 90065


JOSE HIDALGO PORTILLO
203 WEST 73RD. ST.
Los Angeles, CA 90003


Jose Lino Calero Calix
1254 West 14st St
Los Angeles, CA 90037


JOSE LINO CALERO CALIX
1254 WEST 41ST ST.
Los Angeles, CA 90037


Jose Luis Flores Robles
11727 Vista Verde St
Victorville, CA 92392


JOSE LUISFLORES ROBLES
11727 VISTA VERDE ST.
Victorville, CA 92392


Jose M Velasquez
203 West 73rd St
Los Angeles, CA 90003

JOSE M VELASQUEZ
203 WEST 73RD STREET
Los Angeles, CA 90003


JOSE MEZQUITA FLORES
5917 VINELAND AVE
North Hollywood, CA 91601


JOSE SALOMON GONZALEZ
2140 DENMEAD STREET
Lakewood, CA 90712


JOSE SALOMON GONZALEZ
8168 SEVILLE AVE.
South Gate, CA 90280


JUAN CARLOS SANABRIA
1245 W. 57TH. ST.
Los Angeles, CA 90037


Juan Gomez
3233 N. Santa Fe Ave. #E
Long Beach, CA 90810


JUAN JOSE VILLENA
1805 LA GOLONDRINA AVE.
Alhambra, CA 91803


JUAN MARTIN GOMEZ JUAREZ
3233 N. SANTA FE AVE. #E
Long Beach, CA 90810

Kathryn Marie Cummins
6009 Camerino St
Lakewood, CA 90713


LOUIE JAVIER ZOZAYA
9107 DANBRIDGE ST.
Pico Rivera, CA 90660


Luis Mancilla
402 S. Maie Ave
Compton, CA 90220


LUIS MIGUEL MANCILLA
402 S. MAIE AVENUE
Compton, CA 90220


MANUEL DE JESUS FLORES
2140 DENMEAD ST.
Lakewood, CA 90712


MANUEL JESUS DUARTE
8026 SEPULVEDA BL
Panorama City, CA 91402


MARGARITO BANUELOS BARRAGAN
2140 DENMEAD ST.
Lakewood, CA 90712


MARGARITO RODRIGUEZ
1363 80TH. ST.
Oakland, CA 94621

Maricel Robles
15408 LONGWORTH AVE.
Norwalk, CA 90650


Martiniano Andrade
1482 W. 155th St
Compton, CA 90220


MARTINIANO ANDRADE
1482 W. 155TH ST.
Compton, CA 90220


OLVIN ANTONIO ESCOBAR-LOPEZ
12247 GREVILLEA AVE. #B
Hawthorne, CA 90250


Olvin Escobar
12247 Grevillea Ave. #B
Hawthorne, CA 90250


RAUL A RUBALLOS MARTINEZ
5523 N. GARELOCH AVE.
Azusa, CA 91702


RAUL A. CERRITOS
5919 VINELAND AVE
North Hollywood, CA 91601


RENE ANTONIO HERRERA
5307 S. ST. ANDREWS PL.
Los Angeles, CA 90062

RIGOBERTO MENENDEZ GARCIA
14868 MAGELLAN DR.
Moreno Valley, CA 92553


Rigoberto Quezada
9520 WISTERIA CT.
Bloomington, CA 92316


Robert J. Haluska
1346 Park Plaza Dr.
Long Beach, CA 90804


Robert William Smith
4523 W 154th St
Lawndale, CA 90260


ROBERTO ANTONIO ESPINOZA
2450 COLORADO BLVD. #2
Los Angeles, CA 90041


ROBERTO HERNANDEZ PULIDO
11747 BANDERA ST.
Los Angeles, CA 90059


Ronald Guevara
1254 W. 41ST.
Los Angeles, CA 90037


Rondolfo Mezquita
8230 WILCOX AVE. #4
Bell Gardens, CA 90201

RUBEN ALFONSO DEL CID
2304 S. RAYMOND AVE. #2
Los Angeles, CA 90007


Rudy Bonilla
21929 VERNE AVE. #2
Hawaiian Gardens, CA 90716


SAMUEL ROBERTO BLANCO
642 W. 6TH. ST. #2
Long Beach, CA 90802


Santiago Barrera
211 E. 70th St
Los Angeles, CA 90003


Santiago Enriquez
2140 DENMEAD ST.
Lakewood, CA 90712


Sesar Garcia
15408 LONGWORTH AVE.
Norwalk, CA 90650


The Hirsch Law Firm
128 W. San Ysidro Blvd
San Ysidro, CA 92173


The Hirsch Law Firm
3008 1st Ave
San Diego, CA 92103

The Hirsch Law Firm
3008 1st Avenue
San Diego, CA 92103


The Hirsh Law Firm
128 W. San Ysidro Blvd
San Ysidro, CA 92173


William Rivas
152 W. 70TH. ST.
Los Angeles, CA 90003


William Velasquez
152 W. 70TH ST.
Los Angeles, CA 90003


YOTHIN VAN CHEANG
P.O. BOX 931
Alameda, CA 94501